# MEMORANDUM CASES.

[S. F. Nos. 5457, 5450, 5455, 5456, 5458.  In Bank.—June 25, 1912.]

W. S. DOWNING et al., Respondents, v. WILLIAM Mc-
GRATH et al., CHRISTIANA G. REAY, Appellant.
(No. 5457.)

JOSEPH SCHODER et al., Respondents, v. WILLIAM
McGRATH et al., CHRISTIANA G. REAY, Appellant.
(No. 5450.)

C. E. GIFFARD, Respondent, v. WILLIAM McGRATH et.
al., CHRISTIANA G. REAY, Appellant.   (No. 5455.)

HENRIETTA SCHAUBEL, Respondent, v. WILLIAM Mc-
GRATH et al., CHRISTIANA G. REAY, Appellant.
(No. 5456.)

ANDREW L. EDWARDS, Respondent, v. WILLIAM Mc-
GRATH et al., CHRISTIANA G. REAY, Appellant.
(No. 5458.)

EVIDENCE—DESTRUCTION OF RECORDS—ABSTRACT OF TITLE.—Judgments
and orders refusing new trials reversed on the authority of *Dahler*
v. *All Persons, ante,* p. 160.

APPEALS from judgments of the Superior Court of the
City and County of San Francisco and from orders refusing
a new trial.   George H. Buck, Judge presiding.

The facts are similar to those stated in the opinion in *Dahler*
v. *All Persons, ante,* p. 160.

Norman H. Hurd, and A. A. Sanderson, for Appellant.

William J. Herrin, William S. Downing, and Oscar C.
Mueller, for Respondents.

Crittenden Thornton, *Amicus Curiae,* on petition for a re-
hearing in Bank in No. 5458.

THE COURT.—These cases, one and all, present the same proposition decided in *Dahler* v. *All Persons* (S. F. No. 5622), *ante,* p. 160, [124 Pac. 995].

The so-called abstract of title and certificate thereto of date February 24, 1908, were improperly admitted for the reasons given in the Dahler case. Wherefore, in each of the above entitled cases the judgment and order refusing a new trial are reversed and the cause remanded.

Rehearing denied.